1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12 FIRIBA ACHEKZAI and                    )
   MOHAMMAD HAMID RAHIMI,                 )   No. C 08-1058 EDL
13                                        )
              Plaintiffs,                 )
14                                        )   **STIPULATION TO EXTEND DATE OF**
         v.                               )   **CASE MANAGEMENT CONFERENCE;**
15                                        )   **AND [PROPOSED] ORDER**
   CONDOLEEZA RICE, Secretary of State;   )
16 MICHAEL CHERTOFF, Secretary,           )
   Department of Homeland Security;       )   CMC Date:   June 3, 2008
17 MICHAEL CHANG, Consul General,         )   Time:       10:00 a.m.
   United States Embassy Islamabad, Pakistan; )
18 ROBERT S. MUELLER, Director,           )
   Federal Bureau of Investigation;       )
19 MICHAEL MUKASEY, Attorney General,     )
                                          )
20            Defendants.                 )
                                          )
21

22     The plaintiff, by and through her attorney of record, and defendants, by and through their

23 attorneys of record, hereby stipulate, subject to approval of the Court, to extend the date of the

24 case management conference, currently scheduled for June 3, 2008, at 10:00 a.m., in light of the

25 reasonable probability that this case may be administratively resolved within the next thirty days.

26 The parties ask this Cour to re-schedule the case management conference for July 1, 2008, at 10:00

27 a.m.

28
   STIPULATION TO EXTEND DATE OF CMC
   C 08-1058 EDL                              1

Dated: May 22, 2008                              Respectfully submitted,

                                                 JOSEPH P. RUSSONIELLO
                                                 United States Attorney


                                                         /s/
                                                 EDWARD A. OLSEN
                                                 Assistant United States Attorney
                                                 Attorneys for Defendants



Dated: May 22, 2008                                      /s/
                                                 MARY BETH KAUFMAN
                                                 Attorney for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date: _____
                                                 _____
                                                 ELIZABETH D. LAPORTE
                                                 United States Magistrate Judge