```
JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927

Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FIRIBA ACHEKZAI and<br>MOHAMMAD HAMID RAHIMI,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CONDOLEEZA RICE, Secretary of State;<br>MICHAEL CHERTOFF, Secretary,<br>Department of Homeland Security;<br>MICHAEL CHANG, Consul General,<br>United States Embassy Islamabad, Pakistan;<br>ROBERT S. MUELLER, Director,<br>Federal Bureau of Investigation;<br>MICHAEL MUKASEY, Attorney General,<br><br>　　　　　Defendants. | No. C 08-1058 EDL<br><br>**STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER**<br><br>CMC Date:　June 3, 2008<br>Time:　　　10:00 a.m. |

　　　The plaintiff, by and through her attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to extend the date of the case management conference, currently scheduled for June 3, 2008, at 10:00 a.m., in light of the reasonable probability that this case may be administratively resolved within the next thirty days. The parties ask this Cour to re-schedule the case management conference for July 1, 2008, at 10:00 a.m.

STIPULATION TO EXTEND DATE OF CMC
C 08-1058 EDL　　　　　　　　　　　　　　1

| | |
|---|---|
| Dated: May 22, 2008 | Respectfully submitted, |
| | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| | /s/<br>EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for Defendants |
| Dated: May 22, 2008 | /s/<br>MARY BETH KAUFMAN<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.
A joint case management statement shall be filed no later than 6/24/08.

Date: May 23, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

STIPULATION TO EXTEND DATE OF CMC
C 08-1058 EDL                            2