1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-6915
       FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12 FIRIBA ACHEKZAI and                    )
   MOHAMMAD HAMID RAHIMI,                 )   No. C 08-1058 EDL
13                                        )
              Plaintiffs,                 )
14                                        )   **PARTIES' CONSENT TO MAGISTRATE**
         v.                               )   **JUDGE JURISDICTION**
15                                        )
   CONDOLEEZA RICE, Secretary of State;   )
16 MICHAEL CHERTOFF, Secretary,           )
   Department of Homeland Security;       )
17 MICHAEL CHANG, Consul General,         )
   United States Embassy Islamabad, Pakistan; )
18 ROBERT S. MUELLER, Director,           )
   Federal Bureau of Investigation;       )
19 MICHAEL MUKASEY, Attorney General,     )
                                          )
20            Defendants.                 )
                                          )
21

22     In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the plaintiffs

23 and defendants in this case both hereby voluntarily consent to have a United States Magistrate

24 Judge conduct any and all further proceedings in the case, including trial, and order the entry of a

   final judgment.
25

26

27

28

   CONSENT TO MAGISTRATE JURISDICTION
   C 08-1058 EDL                          1

| | | |
|---|---|---|
| 1 | Dated:  June 23, 2008 | Respectfully submitted, |
| 2 | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 3 | | |
| 4 | | |
| 5 | | /s/<br>EDWARD A. OLSEN |
| 6 | | Assistant United States Attorney<br>Attorneys for Defendants |

Dated:  June 23, 2008                                   /s/
                                                      MARY BETH KAUFMAN
                                                      Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date: _____
                                                      ELIZABETH D. LAPORTE
                                                      United States Magistrate Judge

CONSENT TO MAGISTRATE JURISDICTION
C 08-1058 EDL                                         2