JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FIRIBA ACHEKZAI and MOHAMMAD HAMID RAHIMI, <br><br> Plaintiffs, <br><br> v. <br><br> CONDOLEEZA RICE, Secretary of State; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; MICHAEL CHANG, Consul General, United States Embassy Islamabad, Pakistan; ROBERT S. MUELLER, Director, Federal Bureau of Investigation; MICHAEL MUKASEY, Attorney General, <br><br> Defendants. | No. C 08-1058 EDL <br><br> **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

The plaintiffs, by and through their attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to dismissal of the above-entitled action in light of the fact that the government has approved Mohammad Hamid Rahimi's immigrant visa application.

Each of the parties shall bear their own costs and fees.

STIPULATION TO DISMISS
C 08-1058 EDL                                                 1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: June 23, 2008 | Respectfully submitted, |
| 3 | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 4 | | |
| 5 | | /s/ |
| 6 | | EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for Defendants |
| 7 | | |
| 8 | | |
| 9 | Dated: June 23, 2008 | /s/ |
| 10 | | MARY BETH KAUFMAN<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
ELIZABETH D. LAPORTE
United States Magistrate Judge

STIPULATION TO DISMISS
C 08-1058 EDL                              2