1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12 FIRIBA ACHEKZAI and            )
   MOHAMMAD HAMID RAHIMI,         )  No. C 08-1058 EDL
13                                )
              Plaintiffs,         )
14                                )  **STIPULATION TO DISMISS; AND**
         v.                       )  **[PROPOSED] ORDER**
15                                )
   CONDOLEEZA RICE, Secretary of State; )
16 MICHAEL CHERTOFF, Secretary,   )
   Department of Homeland Security; )
17 MICHAEL CHANG, Consul General, )
   United States Embassy Islamabad, Pakistan; )
18 ROBERT S. MUELLER, Director,   )
   Federal Bureau of Investigation; )
19 MICHAEL MUKASEY, Attorney General, )
                                   )
20            Defendants.          )
                                   )
21

22     The plaintiffs, by and through their attorney of record, and defendants, by and through their

23 attorneys of record, hereby stipulate, subject to approval of the Court, to dismissal of the above-

24 entitled action in light of the fact that the government has approved Mohammad Hamid Rahimi's

25 immigrant visa application.

26     Each of the parties shall bear their own costs and fees.

27

28
   STIPULATION TO DISMISS
   C 08-1058 EDL                          1

1

2  Dated: June 23, 2008                    Respectfully submitted,

3                                          JOSEPH P. RUSSONIELLO
                                           United States Attorney
4

5                                                   /s/
                                           EDWARD A. OLSEN
6                                          Assistant United States Attorney
                                           Attorneys for Defendants
7

8

9
   Dated: June 23, 2008                             /s/
10                                         MARY BETH KAUFMAN
                                           Attorney for Plaintiff
11

12

13                                    **ORDER**

14     Pursuant to stipulation, IT IS SO ORDERED.

15

16  Date:   June 25, 2008
                                           _____
17                                         ELIZABETH D. LAPORTE
                                           United States Magistrate Judge
18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO DISMISS
C 08-1058 EDL                              2